25   375
f26   166

### [No. 3787.]
### WILSON v. THE PEOPLE.

APPELLATE PRACTICE—RULES OF COURT—STIPULATION.

Parties cannot by stipulation or agreement fix or extend the time for filing abstracts and briefs in the supreme court contrary to the rules of the court, and unless such agreements are approved by the court, they will be disregarded, and where the rules of the court are ignored in the filing of abstracts and briefs by plaintiff in error the writ of error will be dismissed notwithstanding defendant in error may not insist on such dismissal.

*Error to the District Court of Arapahoe County.*

Mr. FRED L. SHAW, for plaintiff in error.

Mr. BYRON L. CARR, attorney general, Mr. CALVIN E. REED and Mr. GEORGE H. THORNE, for defendant in error.

PER CURIAM.   The plaintiff in error brought his case here to reverse a sentence of a fine imposed upon him in the district court.   On December 6, 1897, his writ of error was dismissed for want of prosecution.   Two days thereafter the attorney general entered into a stipulation with his counsel

consenting that the cause should be reinstated, and that he might have a certain time for filing abstracts and briefs. No order of court was entered upon this stipulation, though in the clerk's docket is a memorandum that a reinstatement was allowed. If, however, the stipulation had ripened into an order of court, the plaintiff has not complied with it in the filing of abstracts and briefs within the time designated therein. But the parties, by agreement, have not the power thus to ignore the practice and rules of court, and unless their agreements concerning them are approved by the court, they will be disregarded. Rules 18 and 19. The attorney general does not now insist upon a dismissal, but rather desires the opinion of this court upon the mooted questions of law. This desire, however, is not controlling, and, as we have seen, counsel may not stipulate away rules of this court whose observance is required in the interests of litigants generally, and for the proper dispatch of business.

Because of the repeated acts of noncompliance with our rules relating to the filing of abstracts and briefs, this writ of error should be dismissed, and it is so ordered.

*Writ of error dismissed.*